1  BENJAMIN B. WAGNER
   United States Attorney
2  MARILEE L. MILLER
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MC-00062-WBS-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

   It is hereby stipulated by and between the United States of America and claimant Melvin Magee ("claimant" or "Magee") by and through their respective counsel, as follows:

   1.   On or about March 12, 2015, claimant Magee filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $9,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 13, 2014.

   2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

   3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

1  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
2  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
3  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of
4  the parties.  That deadline was June 10, 2015.

5      4.    By Stipulation and Order filed June 4, 2015, the parties stipulated to extend to August 7,
6  2015, the time in which the United States is required to file a civil complaint for forfeiture against the
7  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
8  forfeiture.

9      5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
10 extend to September 8, 2015, the time in which the United States is required to file a civil complaint for
11 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
12 currency is subject to forfeiture.

13     6.    Accordingly, the parties agree that the deadline by which the United States shall be
14 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
15 alleging that the defendant currency is subject to forfeiture shall be extended to September 8, 2015.

16 Dated:    8/4/15                                         BENJAMIN B. WAGNER
                                                            United States Attorney
17
                                                             /s/ Marilee L. Miller
18                                                          MARILEE L. MILLER
                                                            Assistant U.S. Attorney
19

20 Dated:    8/5/15                                          /s/ Richard Smith
                                                            RICHARD SMITH
21                                                          Attorney for Claimant
                                                            Melvin Magee
22
23                                                          (Authorized by phone)

24 **IT IS SO ORDERED.**

25 **Dated:  August 6, 2015**

26                                                          WILLIAM B. SHUBB
27                                                          UNITED STATES DISTRICT JUDGE
28

Stipulation and Order to Extend Time