BENJAMIN B. WAGNER
United States Attorney
MARILEE L. MILLER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:15-MC-00062-WBS-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Melvin Magee ("claimant" or "Magee") by and through their respective counsel, as follows:

　　　　1.　　On or about March 12, 2015, claimant Magee filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $9,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 13, 2014.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

　　　　3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 10, 2015.

4.	By Stipulation and Order filed June 4, 2015, the parties stipulated to extend to August 7, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.	 By Stipulation and Order filed August 7, 2015, the parties stipulated to extend to September 8, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.	By Stipulation and Order filed September 4, 2015, the parties stipulated to extend to October 8, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.	As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.	Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 6, 2015.

Dated:     10/1/15                                    BENJAMIN B. WAGNER
                                                      United States Attorney

                                                       /s/ Marilee L. Miller
                                                      MARILEE L. MILLER
                                                      Assistant U.S. Attorney


Dated:     9/30/15                                     /s/ Richard Smith
                                                      RICHARD SMITH
                                                      Attorney for Claimant
                                                      Melvin Magee

                                                      (Authorized by phone)

**IT IS SO ORDERED.**

**Dated:  October 1, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE